# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3516
_____

JENNIFER SHENEFIELD,

    Appellant,

    v.

CONSULATE HEALTHCARE, LLC
d/b/a CENTRAL PARK
HEALTHCARE AND
REHABILITATION, and XL
SPECIALTY INSURANCE
COMPANY, and ALTERNATIVE
SERVICE CONCEPTS,

    Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: September 21, 2019.


May 21, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and LEWIS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Lindsey Lawton of Lawton Law, PLLC, Tallahassee, and Laurie Thrower Miles of Miles & Parrish, P.A., Lakeland, for Appellant.

William H. Rogner, Winter Park, for Appellees.